# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD RASALID HAILASSIE,<br><br>        Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | 1:07-cv-001089-LJO-NEW-(DLB)-(HC)<br><br>**ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS** |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

   IT IS SO ORDERED.

**Dated:   August 9, 2007**             /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE